Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

This is a seduction case; the punishment, two years in the state penitentiary.

A statement of the facts is not deemed called for.

In cases of his character, the prosecutrix is an accomplice and must be corroborated. Art. 709, C.C.P. The corroboration must extend to both the promise of marriage and the act of sexual intercourse. Mumford v. State, 120 Tex.Cr.R. 566, 47 S.W.2d 832; Kennedy v. State, 104 Tex. Cr.R. 152, 282 S.W. 813; Brewer v. State, 93 Tex.Cr.R. 213, 246 S.W. 663; Slaughter v. State, 86 Tex.Cr.R. 527, 218 S.W. 767.

In the instant case, the charge upon the subject of necessary corroboration did not comply with this rule, but, to the contrary, the corroboration required was only that of "other testimony tending to connect the defendant with the offense charged."

It is apparent that the charge as given was insufficient. Although no exception or objection pointing out this defect was reserved to the charge, yet there do appear two special requested charges, which were refused, which are deemed sufficient to call the trial court's attention to the necessity of requiring corroboration of the prosecutrix in the two particulars mentioned.

For the error mentioned, the judgment is reversed and the cause is remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## STUART v. STATE.
### No. 22913.

Court of Criminal Appeals of Texas.

June 21, 1944.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Appellant was convicted of the offense of embezzlement and his punishment assessed at confinement in the state penitentiary for a period of two years.

The record is before this court without statement of facts or bills of exception. The indictment and all matters of procedure appear to be regular.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.